1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KAREN D. BEAUSEY  (CABN 155258)
   Assistant United States Attorney
5
         450 Golden Gate Ave., Box 36055
6        San Francisco, California 94102
         Telephone:  (415) 436-6935
7        Fax: (415) 436-6982
         E-Mail: Karen.Beausey@usdoj.gov
8
9  Attorneys for Plaintiff

10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND DIVISION
14

15
   UNITED STATES OF AMERICA,         )   No. 3:10-MJ-70916 MAG
16                                   )
              Plaintiff,             )   **STIPULATION AND [PROPOSED]**
17                                   )   **ORDER CONTINUING PRELIMINARY**
   vs.                               )   **HEARING**
18                                   )
   JUAN MORA,                        )
19                                   )
              Defendant.             )
20 _____ )

21
       IT IS HEREBY STIPULATED, by and between the parties to this action, that the
22
   PRELIMINARY HEARING date of May 23, 2011 presently scheduled at 9:30 a.m., before
23
   Magistrate Donna M. Ryu, be vacated and re-set for July 7, 2011 at 9:30 a.m. for
24
   PRELIMINARY HEARING.  This continuance is necessary to allow the parties to complete pre-
25
   indictment plea negotiations and to accommodate the schedules of counsel.
26


                                      1

1  The parties agree and stipulate that the time until July 7, 2011 should be excluded,
2  under 18 U.S.C. §§3161(H)(7)(A) and (B)(iv) because the ends of justice served by the granting
3  of the continuance outweigh the bests interests of the public and the defendant in a speedy and
4  public trial. The continuance is necessary to accommodate defense counsel's preparation efforts.

6  Date   05/18/11
                                             /s/
7  Jesse Garcia, Esq.
   Garcia, Schnayerson & Thompson
   Counsel for defendant MORA

10  Date   05/18/11
                                             /s/
11  Karen Beausey
   Assistant United States Attorney

13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.        /S/ Karen Beausey
14  Counsel for the Unites States

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate defense counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 7, 2011 at 9:30 a.m., and that time is excluded from the date of this order until July 7, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

5/20/11
Date

HONORABLE DONNA M RYU
UNITED STATES DISTRICT JUDGE