GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue
Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

JESSE J. GARCIA [061223]
Counsel for Defendant
JUAN MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-MJ-70916-MAG-2 |
| Plaintiff, | [PROPOSED] STIPULATED ORDER CONTINUING PRELIMINARY HEARING |
| v. | **Current Hearing Date: August 5, 2011** <br> Time:  9:30 a.m. |
| JUAN MORA, | |
| Defendant. | **Proposed Hearing Date: August 19, 2011** <br> Time:  9:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the PRELIMINARY HEARING date of August 5, 2011 presently scheduled at 9:30 a.m., before Magistrate Donna M. Ryu, be vacated and re-set for August 19, 2011 at 9:30 a.m. for PRELIMINARY HEARING. This continuance is necessary due to defense counsel having a medical procedure and therefore is unable to be present for the hearing as scheduled.

The parties agree and stipulate that the time until August 19, 2011 should be excluded, under 18 U.S.C. §§§3161)H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: August 4, 2011 | /s/ |
| 3 | | Jesse Garcia<br>Garcia, Schnayerson & Thompson |
| 4 | | Counsel for Defendant JUAN MORA |
| 5 | Date: August 4, 2011 | /s/ |
| 6 | | Karen Beausey<br>Assistant United States Attorney |

7

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

9                                    /s/ Jesse Garcia
                                    Counsel for Defendant JUAN MORA

ORDER

The court finds that the ends of justice served by granting of continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate defense counsel's preparation efforts. Based on there findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 19, 2011 at 9:30 a.m., and that time is excluded from the date of this order until August 19, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A).

IT IS SO ORDERED.

_August 18, 2011_____
Date

HONORABLE ~~DONNA M RYU~~ LAUREL BEELER
UNITED STATES DISTRICT JUDGE

GARCIA, SCHNAYERSON & THOMPSON
Attorneys at Law